COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS



§

ATI Jet Sales, LLC.,                          §                    No.08-21-00208-CV

         Appellant,                        §                    Appeal from the

                                 §                    County Court at Law No. 6

City of El Paso, Texas and Maria O.              §                    of El Paso County, Texas
Pasillas, Tax Assessor - Collector, City of
El Paso,                                     §                    (TC# 2021DCV1168)

         Appellees.                       §

## **O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **December 12, 2022.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jose Padilla, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before December 12, 2022.

IT IS SO ORDERED this 5th day of December, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Alley, JJ.